UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Austin Kleinhans, et al.,

    Plaintiffs,

        v.                         Case No. 1:21cv070

Greater Cincinnati Behavioral
Health Services,                   Judge Michael R. Barrett

    Defendant.

## **ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on May 26, 2021 (Doc. 12).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 12) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 12) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Defendant Greater Cincinnati Behavioral Health Services' Motion to Dismiss (Doc. 8) is **DENIED AS MOOT**.

    **IT IS SO ORDERED.**

                                          /s Michael R. Barrett
                                          Michael R. Barrett, Judge
                                          United States District Court